**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Dr. G. NEIL GARRETT, DDS, PC., on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 5826 |
| v. | ) ) | Honorable Judge Elaine E. Bucklo |
| GLOBAL WELLNESS GROUP, LLC, and AMERISCIENCES WELLNESS GROUP, LLC, and JOHN DOES 1-10 | ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | |

## ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up on damages and fees and costs in support of Plaintiff's Motion for Entry of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Global Wellness Group, LLC, and in Plaintiff's favor, in the amount of $1,500.00 for plaintiff in statutory damages, plus $2,473.00 in attorney's fees and $470.00 in costs of suit.

Defendant Global Wellness Group, LLC is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to plaintiff.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: Dec. 14, 2012

_Elaine E. Bucklo_
Judge